Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:   213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:   415.543.8700
Facsimile:    415.391.8269
Email: sboranian@reedsmith.com

Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94610
Telephone:   510.763.2000
Facsimile:    510.273.8832
Email: dblanton@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY GANN,<br><br>            Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.<br><br>            Defendants. | No.: 2:06-cv-2574-MCE-GGH<br><br>STIPULATION AND ORDER STAYING PROCEEDINGS PENDING TRANSFER TO VIOXX MDL NO. 1657<br><br>**Honorable Morrison C. England** |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Terry Gann v. Merck & Co., Inc., et al.* Case Number 2:06-cv-02574-MCE-GGH, was filed in state court on September 27, 2006 and removed to this Court on November 16, 2006. No discovery has been conducted or scheduled.

On November 21, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding. Merck expects the JPML to issue a conditional transfer order that includes this case in the next few weeks.

Plaintiff does not oppose the transfer of this case to the Vioxx MDL.

In light of the pending transfer of this case to the Vioxx MDL, the parties respectfully request that all proceedings be stayed so as to allow the JPML to rule on transfer of this tag along action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  SO STIPULATED.

3  Dated: December 19, 2006

**REED SMITH LLP**

By: /s/ Dana A. Blanton
Dana A. Blanton
Attorney for Defendant
MERCK & CO., INC.

Dated: December 19, 2006

**KERSHAW CUTTER & RATINOFF LLP**

By: /s/ David E. Smith
David E. Smith
Attorney for Plaintiffs

– 2 –
STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL

**ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court. A joint status conference statement is to be filed by the parties not later than one hundred twenty (120) days from the date of this order unless this matter is transferred to the Vioxx MDL prior to that date.

DATED: December 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE